UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LEE HAMILTON,  <br>  Plaintiff,  <br>  v.  <br> L. D. ZAMORA; et al., <br> _____/ | No. C 14-1495 SI (pr)  <br> **JUDGMENT** |

This action is dismissed because plaintiff failed to pay the filing fee and may not proceed *in forma pauperis*.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 9, 2014

_____
SUSAN ILLSTON
United States District Judge